[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-16492
_____

D.C. Docket No. 8:14-cv-01732-VMC-TBM


NORIS BABB,

Plaintiff - Appellant,


versus


SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 24, 2020)

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before ED CARNES, Chief Judge, NEWSOM and SILER,[*] Circuit Judges.

PER CURIAM:

Dr. Noris Babb appeals the district court's grant of summary judgment on each of her claims in this case, which she raises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*., and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq*.

Consistent with—and for the reasons stated in—our previous opinion, *see Babb v. Sec'y, Dep't of Veterans Affairs*, 743 F. App'x 280 (11th Cir. 2018), we affirm the district court's grant of summary judgment on Babb's Title VII retaliation claim and hostile-work-environment claim, and we reverse and remand the district court's grant of summary judgment on Babb's Title VII gender-discrimination claim.  In light of the Supreme Court's recent ruling in this case, however, *see Babb v. Wilkie*, 589 U.S. ___ (2020), we now reverse the district court's grant of summary judgment on Babb's ADEA age-discrimination claim and remand for consideration consistent with the Supreme Court's opinion.

**AFFIRMED** in part; **REVERSED** and **REMANDED** in part.

---

[*] Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation.